### No. 852

### HANKINS v. ENDE et

### No. 19981. Supreme Court

On motion to certify. Dock. July 15, 1926; 4 Abs. 493.

633. INFANTS—1. May the Justice of Peace render judgment against an infant where no guardian ad litem is appointed?

2. May an infant by his next friend file a petition in error in the Common Pleas Court to a judgment rendered in a Justice of Peace Court on a promissory note, the petition in error setting up the infancy of the plaintiff, when the transcript and record of the Justice of Peace Court does not make any reference to the infancy of the plaintiff in error?

Carl V. Ende, et brought suit and obtained a judgment in a Justice of the Peace Court on a promissory note against Russell Hankins a minor, said judgment being rendered by default. Hankins by, his next friend then filed a petition in error to the Hardin Common Pleas alleging infancy.

The judgment of the Common Pleas in dismissing the petition in error was affirmed by the Court of Appeals on the ground that infancy·was not shown upon the record by a bill of exceptions or otherwise disclosed.

Hankins in the Supreme Court contends:

1. That the Courts below erred in dismissing the petition in error.

2. That the Justice of Peace erred in rendering judgment against an infant without the appointment of a guardian ad litem.

3. That the transcript from the Justice of Peace Court would sufficiently bring the fact of infancy to the reviewing court.

Attorneys—W. P. Rowland and F. J. Stalter, Upper Sandusky, for Hankins; J. E. Simpson, Forest, for Ende, et.